## WHITLEY *vs.* ALSTON *et al.*

1. Where complaint for land was brought, and a recovery had against tenants in possession, the fact that their landlord, with their knowledge and acquiescence, employed counsel to move for a new trial, which was done in the name of the tenants, does not render the motion that of the landlord, so as to make it illegal.
2. The grant of a new trial was right under the facts of this case.

JACKSON, Chief Justice.

---

## MARION *vs.* THE STATE OF GEORGIA.

1. The verdict is not contrary to the evidence.
2. While it is not best to remark in the presence of the jury that certain evidence may be admitted "for what it is worth," lest the jury may misunderstand the meaning of the court, yet such a remark will not necessitate a new trial.
3. The indictment being for assault and battery, and the defence justification on account of opprobrious words, the jury may take into consideration all the circumstances, including the relative size and strength of the parties in determining the question so raised.

CRAWFORD, Justice.

---

## JOHNSON *vs.* WILSON & COMPANY.

1. The verdict in this case is not supported by the evidence; and this, in connection with the fact that evidence of importance to the defence has been newly discovered, will necessitate a new trial.
2. Where a case is carried by appeal from the county court to the superior court, and from the judgment there a writ of error is taken by the appellant, the security on the appeal is not a necessary party in this court.

CRAWFORD, Justice.